## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MICHIGAN
## GRAND RAPIDS DIVISION

### CASE NO.:  1:26-cv-02019

CHRISTIAN "KRIS" STEININGER,

          Plaintiff,

v.

ELIZABETH MARIE GALVAN and LIZ
MARIE BLOG, LLC,

          Defendants.

### COMPLAINT FOR COPYRIGHT INFRINGEMENT
### (INJUNCTIVE RELIEF DEMANDED)

CHRISTIAN "KRIS" STEININGER, by and through his undersigned counsel, hereby brings this Complaint against Defendants ELIZABETH MARIE GALVAN and LIZ MARIE BLOG, LLC ("Defendants") for damages and injunctive relief, and in support thereof states as follows:

### SUMMARY OF THE ACTION

1.  CHRISTIAN "KRIS" STEININGER ("Steininger") brings this action for violations of exclusive rights under the Copyright Act, 17 U.S.C. § 106, to reproduce, distribute, and publicly perform—including by means of a digital audio transmission—its original copyrighted works of authorship.

2.  Defendant ELIZABETH MARIE GALVAN ("Galvan") is a Michigan-based interior designer, author, and lifestyle blogger best known for her popular website LizMarieBlog.com where she shares cozy cottage–style home décor, DIY projects, and life in her 1800s Michigan farmhouse. Her signature aesthetic blends vintage finds, soft neutrals, and lived-in farmhouse charm, inspiring hundreds of thousands of readers each month. She also

### SRIPLAW
CALIFORNIA ◆ FLORIDA ◆ GEORGIA ◆ INDIANA ◆ NEW YORK ◆ TENNESSEE

co-owns The Found Cottage, a curated home-decor boutique. She is the author of three books including Cozy White Cottage: 100 Ways to Love the Feeling of Being Home (2019), and her work has been featured on national television and in leading design publications.

3.      Defendant LIZ MARIE BLOG, LLC ("LMB") is a popular home décor and lifestyle website created and run by Galvan. The blog centers on her aesthetic featuring DIY projects, farmhouse renovation updates, seasonal styling ideas, and inspiration drawn from life in her farmhouse. The LMB content blends vintage finds, neutral palettes, and hands-on creativity, attracting hundreds of thousands of readers each month who come for décor tips, design tutorials, and glimpses into her farm life. The site also highlights Galvan's shop, The Found Cottage, and her published work, including the book Cozy White Cottage.  At all times relevant herein, LMB owned and operated the Instagram account "lizmariegalvan" located at the internet URL www.instagram.com/lizmariegalvan (the "LMG Instagram Account"), which has over 868,000 followers.

4.      Defendants Galvan and LMB are collectively referred to herein as "Defendants."

5.      Steininger alleges that Defendants copied Steininger's copyrighted work in order to advertise, market and promote their business activities.

6.      Defendants committed the violations alleged in connection with Defendants' business.

## JURISDICTION AND VENUE

7.      This is an action arising under the Copyright Act, 17 U.S.C. § 501.

8.      This Court has subject matter jurisdiction over these claims pursuant to 28 U.S.C. §§ 1331, 1338(a).

9.      Defendants are subject to personal jurisdiction in Michigan.

**SRIPLAW**
CALIFORNIA ◆ FLORIDA ◆ GEORGIA ◆ INDIANA ◆ NEW YORK ◆ TENNESSEE

10. Venue is proper in this district under 28 U.S.C. § 1391(b) and (c) and 1400(a) and because the events giving rise to the claims occurred in this district, Defendants engaged in infringement in this district, Defendants reside in this district, and Defendants are subject to personal jurisdiction in this district.

## DEFENDANTS

11. Defendant ELIZABETH MARIE GALVAN is an individual and can be served at 321 Settlers Road, Holland, Michigan 48423.

12. Defendant LIZ MARIE BLOG, LLC is a Michigan Limited Liability Company, with its principal place of business at 321 Settlers Road, Holland, Michigan 48423, and can be served by serving its Registered Agent, Jessica Arends, at the same address.

## PLAINTIFF

13. Christian "Kris" Steininger is a Berlin-based composer, producer, mixer, and arranger with more than 20 years of experience working at the intersection of music and visual media. He has produced over 100 commercial scores and contributed music to more than 10 feature films, along with numerous album and song productions, remixes, trailers, and short films. Steininger previously operated under the name Pas De Deux and is known for his work on projects such as The Silence (2010) and Building on the Past (2006). He specializes in indie, electronic, pop, orchestral, and art-pop styles and is recognized for bridging the creative worlds of artists, directors, and the broader music industry.

## THE COPYRIGHTED WORK AT ISSUE

14. In 2020, Steininger produced the sound recording "Elfe," which is the subject of this litigation and referred to herein as the "Work," a piano composition by acclaimed pianist Dario Lessing ("Lessing").

15.     Steininger owns all the rights to the master sound recording of Elfe by written agreement with Steininger.

16.     Lessing registered the sound recording work with the Register of Copyrights on October 7, 2024, and was assigned registration number SR 1-014-065. The Certificate of Registration is attached hereto as **Exhibit 1**.

17.     The sound recording of "Elfe" has achieved significant streaming success and social media engagement across multiple platforms.

18.     As of June 2025, "Elfe" was streamed over 9 million times on Spotify, and appears on over 195 Spotify playlists, including Spotify's own curated playlists.

19.     "Elfe" has garnered over 634,000 views on YouTube and received more than 30 million views on TikTok. On Instagram, the "Elfe" has been used in 230,000 reels and on TikTok in over 2,300 videos.

20.     "Elfe" was never distributed as royalty-free to users for commercial uses.

21.     "Elfe" is not contained in any commercial music libraries licensed to Meta, TikTok, X, or other social networks.

22.     The Work is only available for commercial use subject to license by Steininger.

## INFRINGEMENT BY DEFENDANTS

23.     Defendants were never licensed to use the Work at issue in this action for any purpose.

24.     On a date after the Work was created, but prior to the filing of this action, Defendants copied, distributed, and publicly performed the Work.

25.     Plaintiff discovered the unauthorized use of its Work at the following URL:

www.instagram.com/reel/C_J1fPXPwL5/?utm_source=ig_web_copy_link&igsh=MzRlODBiN

**SRIPLAW**
CALIFORNIA ◆ FLORIDA ◆ GEORGIA ◆ INDIANA ◆ NEW YORK ◆ TENNESSEE

WFlZA%3D%3D. As of the date of this filing, the post is still accessible and "Elfe" is still attached to the post.

26.     Defendants copied the Work without the plaintiff's permission.

27.     After Defendants copied the Work, Defendants distributed and publicly performed—including by means of a digital audio transmission—the Work as advertising to promote the sale of products or services offered, made, owned, manufactured, distributed, and sold by Defendants.

28.     Defendants copied, distributed and publicly performed the Work in order to advertise, market and promote their social media pages, grow their social media subscriber bases, earn money from advertising to its social media followers, and engage in other money-making business activities using the Work.

29.     Defendants committed these violations alleged in connection with Defendants' business for purposes of advertising to the public.

30.     Defendants committed copyright infringement of the Work as evidenced by the documents attached hereto as **Exhibit 2**.

31.     Plaintiff never gave Defendants permission or authority to copy, distribute or publicly perform the Work.

32.     Plaintiff notified Defendants of the allegations set forth herein on October 20, 2025 and November 4, 2025, but to date the parties have failed to resolve this matter.

<u>**COUNT I**</u>
<u>**COPYRIGHT INFRINGEMENT**</u>

33.     Steininger incorporates the allegations of paragraphs 1 through 30 of this Complaint as if fully set forth herein.

5
**SRIPLAW**
CALIFORNIA ◆ FLORIDA ◆ GEORGIA ◆ INDIANA ◆ NEW YORK ◆ TENNESSEE

34.     The Work at issue in this case is registered with the Register of Copyrights pursuant to 17 U.S.C. § 411(a).

35.     Steininger owns a valid registration in the Work at issue.

36.     Defendants copied, distributed, and publicly performed the Work at issue without Steininger's authorization in violation of 17 U.S.C. § 501.

37.     Defendants performed the acts alleged in the course and scope of their business activities.

38.     Defendants' acts were willful.

39.     Steininger has been damaged.

40.     The harm caused to Steininger is irreparable.

WHEREFORE, the Plaintiff CHRISTIAN "KRIS" STEININGER prays for judgment against Defendants ELIZABETH MARIE GALVAN and LIZ MARIE BLOG, LLC that:

A.     Defendants be required to pay Steininger's actual damages and Defendants' profits attributable to the infringement, or, at Steininger's election, statutory damages, as provided in 17 U.S.C. § 504;

B.     Steininger be awarded his attorneys' fees and costs of suit under the applicable statutes sued upon;

C.     Steininger be awarded pre- and post-judgment interest; and

D.     Steininger be awarded such other and further relief as the Court deems just and proper.

## JURY DEMAND

Steininger hereby demands a trial by jury of all issues so triable.

Dated: July 8, 2026                              Respectfully submitted,

                                        */s/ Joel B. Rothman*

6

**SRIPLAW**

CALIFORNIA ◆ FLORIDA ◆ GEORGIA ◆ INDIANA ◆ NEW YORK ◆ TENNESSEE

JOEL B. ROTHMAN
Bar Number: 98820
joel.rothman@sriplaw.com

**SRIPLAW, P. A.**
21301 Powerline Road
Suite 212
Boca Raton, FL 33433
561.404.4350 – Telephone
561.404.4353 – Facsimile

and

J. CAMPBELL MILLER
Bar Number: 38279-49
campbell.miller@sriplaw.com

**SRIPLAW, P. A.**
742 South Rangeline Road
Carmel, Indiana 46032
332.600.5599 – Telephone
561.404.4353 – Facsimile

*Counsel for Plaintiff Christian "Kris" Steininger*

**SRIPLAW**
CALIFORNIA ◆ FLORIDA ◆ GEORGIA ◆ INDIANA ◆ NEW YORK ◆ TENNESSEE